| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION<br>REDACTED | DOCKET NUMBER *(Tran. Court)*<br>4:03CR00047 SNL |
|---|---|---|
| | | DOCKET NUMBER *(Recommend Court)*<br>CR05-106 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>James E. Gemignani<br><br>New Castle, Delaware 19720 | DISTRICT<br><br>EASTERN DISTRICT OF MISSOURI | DIVISION<br><br>St. Louis |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Stephen N. Limbaugh | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>10/21/05 | TO<br>10/20/08 |

OFFENSE(S)

Count I: Conspiracy to Possess with Intent to Distribute Marijuana
Count II: Conspiracy to Possess with Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Missouri

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8 Nov. 05
Date                                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                                      United States District Judge