# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
Clerk of Court

314-244-7900

January 23, 2006



FILED

JAN 27 2006

U.S. DISTRICT COURT
DISTRICT OF DEL.

CR05-106-SLR

Mr. Peter R. Dallero, Clerk
United States District Court
Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

RE: USA v. James E. Gemignani
USDC ED/MO: 4:03CR47 SNL

Dear Mr. Dallero:

Pursuant to the Transfer of Jurisdiction filed in our office on January 4, 2006, we are sending certified copies of the following items:

    Indictment
    Judgment in a Criminal Case
    Docket Sheet

Please acknowledge receipt of these documents by returning the second copy of this letter in the envelope provided. If anything further is needed, please do not hesitate to contact our office.

Sincerely,

James G. Woodward,
CLERK OF COURT

By: _Andrea Luisetti_ _al_
Deputy Clerk

CC:  U.S. Probation Office - EDMO
      U.S. Attorney Office - EDMO

Received:_____

TERMED

# U.S. District Court
## Eastern District of Missouri (LIVE) (St. Louis)
## CRIMINAL DOCKET FOR CASE #: 4:03-cr-00047-SNL-ALL
### Internal Use Only

Case title: USA v. Gemignani　　　　　　　　　　　　　Date Filed: 01/23/2003
Magistrate judge case number: 4:03-mj-03005

Assigned to: Honorable Stephen N. Limbaugh

**Defendant**

**Mary L. Gemignani** (1)　　　　　　represented by　**JoAnn Trog**
*TERMINATED: 07/02/2003*　　　　　　　　　　　　　MENEES AND WHITNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　121 W. Adams
　　　　　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63122
　　　　　　　　　　　　　　　　　　　　　　　　　　314-821-9799
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 314-821-9798
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jtrogmwb@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 07/02/2003*
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

**Pending Counts**　　　　　　　　　　　　　　　　**Disposition**

21:846=MP.F CONSPIRACY TO POSSESS　　　　　Deft is hereby committed to the BOP for a
MARIJUANA　　　　　　　　　　　　　　　　　　total term of 70 months. Upon release, deft
(1)　　　　　　　　　　　　　　　　　　　　　　shall be on supervised release for a term of 36
　　　　　　　　　　　　　　　　　　　　　　　　months. Deft is ordered to pay a $200 special
　　　　　　　　　　　　　　　　　　　　　　　　assessment in full immediately.

21:846=NP.F CONSPIRACY TO POSSESS　　　　　Deft is hereby committed to the BOP for a
NARCOTICS　　　　　　　　　　　　　　　　　　total term of 70 months. Upon release, deft
(2)　　　　　　　　　　　　　　　　　　　　　　shall be on supervised release for a term of 36
　　　　　　　　　　　　　　　　　　　　　　　　months. Deft is ordered to pay a $200 special
　　　　　　　　　　　　　　　　　　　　　　　　assessment in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**　　　　　　　　　　　　　　**Disposition** JAMES G. WOODWARD, CLERK
None　　　　　　　　　　　　　　　　　　　　　　A TRUE COPY OF THE ORIGINAL
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF MISSOURI
**Highest Offense Level (Terminated)**　　　　　　BY: _Andrew Luwitt_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

None

**Complaints**                                                          **Disposition**

None

---

Assigned to: Honorable Stephen N. Limbaugh

**Defendant**

**James E. Gemignani** (2)                    represented by **Arthur S. Margulis, Sr.**
*TERMINATED: 07/02/2003*                                    MARGULIS AND GRANT
                                                            11 S. Meramec Avenue
                                                            Suite 1330
                                                            Clayton, MO 63105
                                                            314-721-6677
                                                            Fax: 314-721-1710
                                                            Email: artm@mgmlawfirm.com
                                                            *TERMINATED: 07/02/2003*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

                                                            **St. Louis Fed Public Defender**
                                                            FEDERAL PUBLIC DEFENDER
                                                            1010 Market Street
                                                            Suite 200
                                                            St. Louis, MO 63101
                                                            314-241-1255
                                                            Fax: 314-421-3177
                                                            Email: julie_mueller@fd.org
                                                            *TERMINATED: 01/24/2003*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or Community*
                                                            *Defender Appointment*

                                                            **William S. Margulis**
                                                            MARGULIS AND GRANT
                                                            11 S. Meramec Avenue
                                                            Suite 1330
                                                            Clayton, MO 63105
                                                            314-721-6677
                                                            Fax: 314-721-1710
                                                            Email: billm@mgmlawfirm.com
                                                            *TERMINATED: 07/02/2003*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

**Pending Counts**

21:846=MP.F CONSPIRACY TO POSSESS MARIJUANA
(1)

21:846=NP.F CONSPIRACY TO POSSESS NARCOTICS
(2)

**Disposition**

Deft is hereby committed to the custody of the BOP for a total term of 70 months. Upon release, deft shall be on supervised release for a term of 36 months. Deft is ordered to pay a $200 special assessment in full immediately.

Deft is hereby committed to the custody of the BOP for a total term of 70 months. Upon release, deft shall be on supervised release for a term of 36 months. Deft is ordered to pay a $200 special assessment in full immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA

represented by **Antoinette Decker**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-7695
Email: antoinette.decker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2003 | 1 | COMPLAINT against Mary Gemignani, James Gemignani signed by Mag Judge Frederick Buckles [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | | ARREST Warrant issued for Mary Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | | ARREST Warrant issued for James Gemignani [ 4:03-m -3005 ] (SET) (Entered: |

| | | |
|---|---|---|
| | | 01/15/2003) |
| 01/14/2003 | | ARREST of defendant Mary Gemignani on 1/14/03 [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 2 | APPEARANCE for plaintiff USA by Attorney Antoinette Decker [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 3 | RULE 5 (w/minutes attached) Record by Mag Judge Frederick Buckles Defendant advised of following: Nature of Offense; Right to be represented by counsel; Right to remain silent; and that defendant's statements can be used against him. Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released. initial appearance of Mary Gemignani ; Attorney(s) not present; , and ; preliminary exam set for 2:00 1/24/03 for Mary Gemignani before Mag Judge Frederick Buckles Given copy complaint Pretrial Services bail rpt rcved on 1/14/03 (Oral) Pretrial Services Officer: Lazier ; $50,000 secured bond set Defendant Location: custody court reporter: J.Jones; proceedings started: 1:57 - ended: 2:06 [ 4:03-m -3005 ] (SET) Modified on 01/16/2003 (Entered: 01/15/2003) |
| 01/14/2003 | 4 | CJA Form 23 (Financial Affidavit) as to Mary Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | | ARREST of defendant James Gemignani on 1/14/03 [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 5 | RULE 5 (w/minutes attached) Record by Mag Judge Frederick Buckles Defendant advised of following: Nature of Offense; Right to be represented by counsel; Right to remain silent; and that defendant's statements can be used against him. Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released. initial appearance of James Gemignani ; Attorney(s) not present; , and ; preliminary exam set for 2:00 1/24/03 for James Gemignani before Mag Judge Buckles , and $50,000 secured Bond set for James Gemignani Given copy of complaint Pretrial Services bail rpt rcved on 1/14/03 (oral) Services Officer: Larry Heywood ; Defendant Location: custody court reporter: J.Jones; proceedings started: 2:06 - ended: 2:15 [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 6 | CJA Form 23 (Financial Affidavit) as to James Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 7 | ORDER as to defendant James Gemignai by Mag Judge Frederick Buckles add attorney FPD for defendant James Gemignani (cc: all counsel, USPT, USP, USM) [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/15/2003 | 8 | CJA Form 20 Copy 4 (Appointment of Counsel) Appointed Attorney Jo Ann Trog for defendant James Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/15/2003 | 9 | ORDER as to defendant Mary Gemignani by Mag Judge Frederick Buckles The deft has proffered that certain property is available to be posted as surety for his release in this case. In order that the Court may assess whether the property is sufficient surety to secure the deft's release, counsel for the deft shall submit to the Court a a memo w/copies of attached of the following documents (see order) (cc: all counsel, USPT, USP, USM) [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |

| | | |
|---|---|---|
| 01/15/2003 | 10 | ORDER as to defendant James Gemignani by Mag Judge Frederick Buckles The deft has proffered that certain property is available to be posted as surety for his release in this case. In order that the Court may assess whether the property is sufficient surety to secure the deft's release, counsel for the deft shall submit to the Court's memo relating to the property (see order) (cc: all counsel, USPT, USP, USM) [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/15/2003 | 11 | ARREST Warrant returned executed as to Mary Gemignani on 1/15/03 Warrant for arrest of deft on: Complaint [ 4:03-m -3005 ] (SEALED) (Entered: 01/16/2003) |
| 01/15/2003 | 12 | ARREST Warrant returned executed as to James Gemignani on 1/15/03 Warrant for arrest of deft on: Complaint [ 4:03-m -3005 ] (SEALED) (Entered: 01/16/2003) |
| 01/23/2003 | 13 | INDICTMENT (referred to Mag Judge Audrey G. Fleissig ) by USA ; Counts filed against Mary Gemignani (1) count(s) 1, 2, James Gemignani (2) count(s) 1, 2 (LJK) (Entered: 01/23/2003) |
| 01/23/2003 | 14 | APPEARANCE for plaintiff USA by Attorney Antoinette Decker (LJK) (Entered: 01/23/2003) |
| 01/24/2003 | 15 | MINUTES: before Mag Judge Audrey G. Fleissig dft Mary L. Gemignani arraigned; not guilty plea entered; Attorney present; as to defendant Mary Gemigani ; Defendant Location: custody court reporter: cliddy; Tape #: FTR proceedings started: 1:04p - ended: 1:17p (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 16 | MINUTES: before Mag Judge Audrey G. Fleissig dft James E. Gemignani arraigned; not guilty plea entered; Attorney William S. Margulis present; , preliminary exam held on 1/24/03 as to defendant James Gemignani ; Defendant Location: custody court reporter: cliddy; Tape #: FTR proceedings started: 1:04p - ended: 1:17p (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 17 | ORDER PRETRIAL MOTIONS by Mag Judge Audrey G. Fleissig ; motion filing ddl set for 2/10/03 for Mary L. Gemignani ; motion/evidentiary hrg set for 9:00 2/28/03 for Mary L. Gemignani ; jury trial set for 9:30 4/7/03 for Mary L. Gemignani . Each party to file Pretrial disclosure: 1/29/03. Each party to respond to Pretrial disclosure: 2/3/03. as to defendant Mary Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 18 | ORDER PRETRIAL MOTIONS by Mag Judge Audrey G. Fleissig ; for James E. Gemignani ; motion filing ddl set for 2/10/03 for James E. Gemignani ; motion/evidentiary hrg set for 9:00 2/28/03 for James E. Gemignani , ; jury trial set for 9:30 4/7/03 for James E. Gemignani . Each party to file Pretrial disclosure: 1/29/03. Each party to respond to Pretrial disclosure: 2/3/03. as to defendant James Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 19 | APPEARANCE for defendant James E. Gemignani by Attorney Arthur S. Margulis Sr., William S. Margulis (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 20 | MEMORANDUM by plaintiff USA as to defendant Mary and James Gemignani Regarding Bond. (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 21 | DISCLOSURE of Suppressible evidence by plaintiff USA as to defendant Mary and James Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 22 | MOTION for order for determination of defts' statements pursuant to 18:3501 as to |

| | | |
|---|---|---|
| | | defendant: Mary and James Gemignani by USA (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 23 | LETTER from USA to defendants' counsel Re: Request for Discovery. (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 24 | MOTION for order to w/draw FPD as deft has obtained private counsel as to defendant James Gemignani by James E. Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 25 | RULED DOCUMENT by Mag Judge Frederick Buckles granting motion for order to w/draw FPD as deft has obtained private counsel as to defendant James Gemignani [24-1] terminating attorney Fed Public Defender for James E. Gemignani (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 27 | MOTION for order as to defendant: Mary Gemignani by USA (CQL) (Entered: 01/28/2003) |
| 01/27/2003 | 26 | MINUTES: before Mag Judge Frederick Buckles Prelim exam cancelled as indictment was handed down as to defendant Mary/James Gemignani ; Defendant Location: custody court reporter: jjones; Tape #: FTR proceedings started: 1:54p - ended: 2p (CQL) (Entered: 01/27/2003) |
| 01/27/2003 | 27 | RULED DOCUMENT by Mag Judge Thomas C. Mummert granting motion for order as to defendant: Mary Gemignani [27-1] (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/28/2003) |
| 01/30/2003 | 28 | MINUTES: before Mag Judge Frederick Buckles Bond Hearing; Bond papers executed as to defendant James Gemignanani ; Defendant Location: bond court reporter: jjones; Tape #: FTR proceedings started: 10am - ended: 10:23am (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 29 | MINUTES: Bond Hearing; all papers signed/executed before Mag Judge Frederick Buckles as to defendant Mary Gemignani ; Defendant Location: bond court reporter: jjones; Tape #: FTR proceedings started: 10am - ended: 10:23am (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 30 | BOND Posted ( $50,000 securec) by Mary L. Gemignani (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 31 | ORDER setting conditions of release for Mary L. Gemignani by Mag Judge Frederick Buckles with attached agreement to forfeit property (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 32 | BOND Posted ( $50,000 secured) by James E. Gemignani (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 33 | ORDER setting conditions of release for James E. Gemignani by Mag Judge Frederick Buckles with agreement to forfeit property attached (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 34 | ARREST Warrant returned executed as to Mary L. Gemignani on 1/30/03 Warrant for arrest of deft on: Indictment (GLF) (Entered: 02/03/2003) |
| 01/30/2003 | 35 | ARREST Warrant returned executed as to James E. Gemignani on 1/30/03 Warrant for arrest of deft on: Indictment (GLF) (Entered: 02/03/2003) |
| 02/04/2003 | 36 | MOTION to extend time to file pretrial motions by James E. Gemignani (GLF) (Entered: 02/04/2003) |
| | | |

| | | |
|---|---|---|
| 02/05/2003 | 37 | ORDER as to defendant James Gemignani by Mag Judge Audrey G. Fleissig granting motion to extend time to file pretrial motions [36-1] IT IS HEREBY ORDERED that the deadline for deft James Gemignani to file pretrial motions is hereby extended to February 19, 2003. The deadline for the government and for deft Mary Gemignani shall also be extended to February 19, 2003. IT IS FURTHER ORDERED that any responses to pretrial motions shall be filed by Febraury 27, 2003. IT IS FURTHER ORDERED that the hearing on pretrial motions shall remain on Friday, February 28, 2003, at 9:00 a.m. ; motion filing ddl set for 2/19/03 for Mary L. Gemignani, for James E. Gemignani (cc: all counsel, USPT, USP, USM) (MCB) (Entered: 02/05/2003) |
| 02/19/2003 | 38 | WAIVER OF FILING PRETRIAL MOTIONS by defendant James E. Gemignani (CQL) (Entered: 02/20/2003) |
| 02/27/2003 | 39 | WAIVER OF FILING PRETRIAL MOTIONS by defendant Mary L. Gemignani (MCB) (Entered: 02/27/2003) |
| 02/28/2003 | 40 | MINUTES: before Mag Judge Audrey G. Fleissig Parties present for evidentiary hearing; deft waives hearing; Government withdraws motion #22 and the Court grants motion to withdraw #22 - it is withdrawn as moot; withdrawing motion for order for determination of defts' statements pursuant to 18:3501 as to defendant: Mary and James Gemignani [22-1] ; motion/evidentiary hearing held 2/28/03 as to defendant Mary Gemignani ; Defendant Location: bond court reporter: M. Berg; Tape #: FTR Gold proceedings started: 9:05 - ended: 9:15 (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | 41 | MINUTES: before Mag Judge Audrey G. Fleissig Parties present for evidentiary hearing; deft waives hearing; Government withdraws Motion #22; Court grants motion to withdraw #22 - withdrawn as moot ; motion/evidentiary hearing held 2/28/03 as to defendant James Gemignani ; Defendant Location: bond court reporter: M. Berg; Tape #: FTR Gold proceedings started: 9:05 - ended: 9:15 (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | 42 | ORDER as to defendant Mary Gemignani by Mag Judge Audrey G. Fleissig Deft Mary L. Gemignani did not file any evidentiary motions, and knowingly waived her right to file any pretrial motions in a written waiver signed by the deft and by counsel. In light of the deft's waiver of motions, the government agreed, in open court, to withdraw its motion under 18 U.S.C. Section 3501 with regard to deft Gemignani, and agreed that no evidentiary hearing would be necessary with regard to this deft. Therefore, the hearing is hereby canceled with regard to deft Gemignani. District Judge ordered notified by copy of this order. (cc: all counsel, USPT, USP, USM) (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | 43 | ORDER as to defendant James E. Gemignani by Mag Judge Audrey G. Fleissig Deft James E. Gemignani did not file any evidentiary motions, and knowingly waived his right to file any pretrial motions in a written waiver signed by the deft and by counsel. In light of the deft's waiver of motions, the government agreed, in open court, to withdraw its motion under 18 U.S.C. Section 3501 with regard to deft Gemignani, and agreed that no evidentiary hearing would be necessary with regard to this defendant. Therefore, the hearing is hereby canceled with regard to deft Gemignani. District Judge ordered notified by copy of this order. (cc: all counsel, USPT, USP, USM) (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | | Docket Modification (Utility) terminating case referral (MCB) (Entered: 03/04/2003) |
| 03/19/2003 | 44 | WAIVER OF SPEEDY TRIAL by defendant James E. Gemignani (DJO) (Entered: 03/19/2003) |

| | | |
|---|---|---|
| 03/19/2003 | 45 | CONTINUANCE per 18:3161 by Honorable Stephen N. Limbaugh; IT IS HEREBY ORDERED that the provisions of the Speedy Trial Act are hereby WAIVED (cc: all counsel,USPT,USP,USM) (DJO) (Entered: 03/19/2003) |
| 03/19/2003 | | Docket Modification (Utility) (DJO) (Entered: 03/19/2003) |
| 03/27/2003 | 46 | WAIVER OF SPEEDY TRIAL by defendant Mary L. Gemignani (LGK) (Entered: 04/07/2003) |
| 03/28/2003 | 47 | CONTINUANCE per 18:3161 by Honorable Stephen N. Limbaugh ORDERED that the provisions of the Speedy Trial Act are hereby waived. (cc: all counsel,USPT,USP,USM) (LGK) (Entered: 03/31/2003) |
| 04/03/2003 | 48 | ORDER by Honorable Stephen N. Limbaugh ; change of plea hearing set for 11:00 4/15/03 for James E. Gemignani (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 04/03/2003) |
| 04/03/2003 | 49 | ORDER as to defendant Mary Gemignani by Honorable Stephen N. Limbaugh ; change of plea hearing set for 10:00 4/15/03 for Mary L. Gemignani (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 04/03/2003) |
| 04/15/2003 | 50 | MINUTES: before Honorable Stephen N. Limbaugh guilty plea entered by Mary L. Gemignani to Counts I and II ; stipulation of facts filed with with plea agreement. The Court adopts and approves the stipulation of facts and plea agreement. objection to PSR deadline set for 6/12/03 for Mary L. Gemignani, for USA , ; sentencing hearing set for 10:00 7/2/03 for Mary L. Gemignani as to defendant Mary Gemignani ; Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:47 a.m. - ended: 11:00 a.m. (LGK) (Entered: 04/15/2003) |
| 04/15/2003 | 51 | STIPULATION OF FACTS RELATIVE TO SENTENCING by Mary L. Gemignani, USA (LGK) (Entered: 04/15/2003) |
| 04/15/2003 | 52 | MINUTES: before Honorable Stephen N. Limbaugh guilty plea entered by James E. Gemignani to Counts I and II ; stipulation of facts relative to sentencing filed withplea agreement. The court adopts and approves the stipulation of facts and plea agreement. objection to PSR deadline set for 6/12/03 for James E. Gemignani, for USA , ; sentencing hearing set for 10:00 7/2/03 for James E. Gemignani as to defendant James Gemignani ; Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:47 a.m. - ended: 11:00 a.m. (LGK) (Entered: 04/15/2003) |
| 04/15/2003 | 53 | STIPULATION OF FACTS RELATIVE TO SENTENCING by James E. Gemignani, USA (LGK) (Entered: 04/15/2003) |
| 05/30/2003 | 54 | ACCEPTANCE TO PSR by USA as to deft Mary L. Gemignani (LAH) (Entered: 05/30/2003) |
| 05/30/2003 | 55 | ACCEPTANCE TO PSR by USA as to deft James E. Gemignani (LAH) (Entered: 05/30/2003) |
| 06/05/2003 | 56 | ACCEPTANCE TO PSR by James E. Gemignani (LAH) (Entered: 06/06/2003) |
| 06/19/2003 | 57 | ACCEPTANCE TO PSR by Mary L. Gemignani (LAH) (Entered: 06/19/2003) |
| 07/02/2003 | 58 | MINUTES: before Honorable Stephen N. Limbaugh as to defendant James Gemignani ; Parties present for imposition of sentence. PSR adopted and accepted by the Court. |

| | | |
|---|---|---|
| | | Sentence imposed - see judgment. Deft. granted voluntary surrender. Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:03 a.m. - ended: 10:18 a.m (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 59 | MINUTES: before Honorable Stephen N. Limbaugh as to defendant Mary Gemignani ; Parties present for imposition of sentence. PSR adopted and accepted by Court. Sentence imposed - see judgment. Deft. granted voluntary surrender. Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:18 a.m. - ended: 10:31 a.m. (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 60 | PRESENTENCE REPORT w/statement of reasons page attached FILED UNDER SEAL on James E. Gemignani (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 60 | SEALED document by defendant James E. Gemignani [60-1] (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 61 | PRESENTENCE REPORT w/statement of reasons page attached FILED UNDER SEAL on Mary L. Gemignani (LGK) Modified on 07/03/2003 (Entered: 07/03/2003) |
| 07/02/2003 | 61 | SEALED document by defendant Mary L. Gemignani [61-1] (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 62 | RECEIPT # S2003-008731 in the amount of $ 200.00 for special assessment as to Mary L. Gemignani (KCM) (Entered: 07/03/2003) |
| 07/02/2003 | 63 | RECEIPT # S2003-008730 in the amount of $ 200.00 for special assessment as to James E. Gemignani (KCM) (Entered: 07/03/2003) |
| 07/02/2003 | 64 | JUDGMENT by Honorable Stephen N. Limbaugh as to Mary L. Gemignani sentencing Mary L. Gemignani (1) count(s) 1, 2 . Deft is hereby committed to the BOP for a total term of 70 months. Upon release, deft shall be on supervised release for a term of 36 months. Deft is ordered to pay a $200 special assessment in full immediately. , terminating party Mary L. Gemignani (cc: all counsel, USPT, USP, USM) (KXS) (Entered: 07/03/2003) |
| 07/02/2003 | 65 | JUDGMENT by Honorable Stephen N. Limbaugh as to James E. Gemignani sentencing James E. Gemignani (2) count(s) 1, 2 . Deft is hereby committed to the custody of the BOP for a total term of 70 months. Upon release, deft shall be on supervised release for a term of 36 months. Deft is ordered to pay a $200 special assessment in full immediately. , case terminated, (cc: all counsel, USPT, USP, USM) (KXS) (Entered: 07/03/2003) |
| 08/12/2003 | 66 | MOTION for order as to defendant Mary Gemignani by Mary L. Gemignani w/ Exhibit A and Proposed Order (Filed Under Seal)(CMA) Modified on 08/13/2003 (Entered: 08/13/2003) |
| 08/12/2003 | 66 | SEALED document by defendant Mary L. Gemignani [66-1] (CMA) (Entered: 08/13/2003) |
| 08/12/2003 | 67 | ORDER as to defendant Mary Gemignani and James Gemignani by Honorable Stephen N. Limbaugh granting motion for order as to defendant Mary Gemignani [66-1] (Filed Under Seal) (Counsel Notified by Fax by Chambers) (cc: all counsel, USPT) (CMA) (Entered: 08/13/2003) |
| | | |

| 08/12/2003 | 67 | SEALED document [67-1] (CMA) (Entered: 08/13/2003) |
|---|---|---|
| 08/14/2003 |  | CJA Form 20 (Attorney Payment Voucher) paid to JoAnn Trog in the amount of $2,546.16 and recorded on voucher number 030722000123 as to Mary L. Gemignani (CMA) (Entered: 08/26/2003) |
| 08/20/2003 | 68 | MOTION for order as to defendant James Gemignani by James E. Gemignani (FILED UNDER SEAL) (LAH) (Entered: 08/22/2003) |
| 08/20/2003 | 68 | SEALED document by defendant James E. Gemignani [68-1] (LAH) (Entered: 08/22/2003) |
| 08/20/2003 | 68 | ORDER as to defendant James Gemignani by Honorable Stephen N. Limbaugh granting motion for order as to defendant James Gemignani [68-1] (FILED UNDER SEAL) (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 08/22/2003) |
| 08/20/2003 | 68 | SEALED document [68-1] (LAH) (Entered: 08/22/2003) |
| 09/15/2003 | 69 | MARSHAL'S RETURN of judgment executed on 9/5/03; Deft delivered to: FCI at MRG as to James E. Gemignani (CMA) (Entered: 09/16/2003) |
| 06/10/2004 | 70 | MOTION for Order by USA as to defendant Mary L. Gemignani, James E. Gemignani. SEALED AND PLACED IN VAULT (KCM, ) (Entered: 06/10/2004) |
| 06/18/2004 | 71 | Letter from SNL to Counsel Re: FILED UNDER SEAL (paper copy forwarded to counsel) (ARL) (Entered: 06/18/2004) |
| 06/25/2004 | 72 | ORDER as to Mary L. Gemignani re [70] MOTION filed by USA (FILED UNDER SEAL AND PLACED IN VAULT) (cc: Counsel, Cert. Copies to: USM, BOP, USP). Signed by Judge Stephen N. Limbaugh on 6/25/04. (ARL) (Entered: 06/28/2004) |
| 06/25/2004 | 73 | ORDER as to James E. Gemignani re [70] MOTION filed by USA . (FILED UNDER SEAL AND PLACED IN VAULT) (CC: Counsel, Cert. Copies: USM, BOP, USP) Signed by Judge Stephen N. Limbaugh on 6/25/04. (ARL) (Entered: 06/28/2004) |
| 07/15/2004 | 74 | Marshal's Return as to James E. Gemignani on 07/15/2004 of Order issued by Judge Stephen N. Limbaugh dated June 25, 2004 [73]; (DJO) (Entered: 07/19/2004) |
| 07/16/2004 | 75 | Marshal's Return as to Mary L. Gemignani on 07/16/2004 of Order issued by Judge Stephen N. Limbaugh on 06/25/2004 [72]; (DJO) (Entered: 07/19/2004) |
| 01/04/2006 | 76 | Supervised Release Jurisdiction Transferred to District Court of Delaware as to James E. Gemignani Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ARL) (Entered: 01/23/2006) |