UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN 23 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | 4:03CR00047SNL |
| ) | |
| MARY L. GEMIGNANI and ) | |
| JAMES E. GEMIGNANI, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about between January 1, 2000, and January 13, 2003, in Franklin County, in the Eastern District of Missouri, and elsewhere, the defendants,

**MARY L. GEMIGNANI and
JAMES E. GEMIGNANI,**

did knowingly and intentionally conspire, combine, confederate, and agree, together with each other and with others both known and unknown, to commit the following offense against the United States: to knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); and

The amount of marijuana involved in the offense is in excess of 100 kilograms of a mixture or substance containing marijuana, thereby making this offense punishable under Title 21, United States Code, Section 841(b)(1)(B).

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

13

## COUNT II

The Grand Jury charges that:

On or about between January 1, 2000, and January 13, 2003, in Franklin County, in the Eastern District of Missouri, and elsewhere, the defendants,

**MARY L. GEMIGNANI and
JAMES E. GEMIGNANI,**

did knowingly and intentionally conspire, combine, confederate, and agree, together with each other and with others both known and unknown, to commit the following offense against the United States: to knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); and

The amount of cocaine involved in the offense is in excess of 5 kilograms of a mixture or substance containing cocaine, thereby making this offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL.

███████████
/FOREPERSON

RAYMOND W. GRUENDER
United States Attorney

_/s/ Antoinette Decker_
ANTOINETTE DECKER #48747
Assistant United States Attorney

2